DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone:  (415) 398-3900

Attorneys for Defendant **Bobby Napier**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | Case No. 14-CR-337 CRB (NMC) |
| )                                | |
| Plaintiff,                 )    | |
| )                                | **STIPULATION TO CONTINUE DATE** |
| v.                            ) | **OF STATUS CONFERENCE AND** |
| )                                | **[PROPOSED] ORDER THEREON** |
| BOBBY NAPIER,                 ) | MODIFIED |
| )                                | |
| Defendant.               )     | |

**IT IS HEREBY STIPULATED** by and between the parties that the status conference, currently scheduled for December 17, 2015 at 4:00 p.m. in Courtroom 6, be moved to January 20, 2016 at ~~10:00 a.m.~~ 2:00 PM.

The reason for this stipulation is as follows:

Mr. Napier and the government are continuing to work on resolving this matter.  In addition, counsel for Mr. Napier is continuing to review discovery in this matter as well as legal issues relating to how this matter should be appropriately handled and resolved.

The parties also request that time be excluded under the Speedy Trial Act between December 16, 2015, the date of the originally scheduled status conference, and January 20, 2016, for the purpose of continuity of counsel as well as effective preparation of counsel, taking into account due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO STIPULATED.**

                                      BRIAN STRETCH, ESQ.
                                      Acting United States Attorney

Dated: December 15, 2015      By: /s/Adam Wright
                                      ADAM WRIGHT, ESQ.
                                        Assistant United States Attorney

                                        Attorneys for **Plaintiff**

                                      **BAY AREA CRIMINAL LAWYERS, PC**

Dated: December 15, 2015      By: /s/David J. Cohen
                                        DAVID J. COHEN, ESQ.

                                        Attorneys for Defendant **Bobby Napier**

**IT IS SO ORDERED.**

Dated: 12/16/2015

                                      THE HONORABLE CHARLES R. BREYER
                                      UNITED STATES SENIOR DISTRICT COURT JUDGE

Stipulation to Continue Date of Status Conference and [Proposed] Order Thereon
*U.S. v. Napier*;
Case No. 14-CR-337 CRB (NMC)    2