DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Bobby Napier**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> BOBBY NAPIER, <br> Defendant. | Case No. 14-CR-337 CRB <br><br> **STIPULATION CHANGING DATE FOR CHANGE OF PLEA HEARING AND ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the parties that the change of plea hearing, currently scheduled for December 21, 2016, in Courtroom 6, at 2:00 p.m., be vacated and rescheduled for January 11, 2017, in Courtroom 6, at 1:30 p.m.

The reason for this request is as follows:

The additional time is necessary for defense counsel and government counsel further to discuss resolution of this case, as well as for counsel to review recently produced discovery.

The parties also request that time be excluded under the Speedy Trial Act between December 21, 2016, the date of the originally scheduled status conference, and January 11, 2017, for the purpose of continuity of counsel as well as effective preparation of counsel, taking into account due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO STIPULATED.**

                                              BRIAN STRETCH, ESQ.
United States Attorney

Dated: December 16, 2016        By: /s/Laura E. Vartain
                                        LAURA E. VARTAIN HORN, ESQ.
Assistant United States Attorney

Attorneys for **Plaintiff**

**BAY AREA CRIMINAL LAWYERS, PC**

Dated: December 16, 2016        By: /s/David J. Cohen
                                        DAVID J. COHEN, ESQ.

Attorneys for Defendant **Bobby Napier**

**IT IS SO ORDERED.**

Dated: 12/19/2016

                                          THE HONORABLE CHARLES R. BREYER
SENIOR DISTRICT COURT JUDGE

## ECF ATTESTATION

I, David J. Cohen, Esq., attest that concurrence in e-filing this STIPULATION AND [PROPOSED] ORDER CHANGING DATE FOR CHANGE OF PLEA HEARING has been received from Assistant United States Attorney LAURA E. VARTAIN, ESQ., in compliance with Civil L.R. 5-1(i)(3).

Dated: December 16, 2016        By: /s/ David J. Cohen
                                        DAVID J. COHEN, ESQ.

Stipulation Changing Date for Change of Plea Hearing and Order Thereon
*U.S. v. Napier*;
Case No. 14-CR-337 CRB         2