# EXHIBIT A

May 9, 2017

The Honorable Charles R. Breyer
450 Golden Gate Avenue
San Francisco, CA  94102

Dear Judge Breyer,

My name is Pauline Smith. Bobby Napier is my son. I am writing this letter to you in his behalf. I realize that Bobby had made a serious mistake which he did not use a sound mind and good judgment; otherwise he would not be in the situation he is in. Bobby was raised with good solid morals and to have a deep respect for people, authority and what is right. He has often shared with me that the way he was raised have helped him many times to do the right thing even when he felt he may have been wronged. With your many years of experience as judge, and having to deal with many people coming before you, I am sure while talking to him and observing him you will be able to discern to a degree the type of person he is and his character. Bobby is a very good father to his three children and none of them have been in trouble with law. He has a 23 year old son who is working, has his own apartment and is taking care of himself and has not been in trouble with the law. He has a daughter that is 16 years old who is attending a Performing Arts High School in Texas to further her education and love for dancing. She is graduating in June. Even though he and his daughter are very close, Bobby and her mother decided to keep this ordeal away from her so that she could stay focus on her academics. Finally, he has a three year old daughter whom he loves dearly and is raising with her mother. Bobby has two brothers and a sister. All three work and have families. His siblings were raised the same way Bobby was, with good Christian morals and respect for others. None of them have been in trouble with the law. I have worked on my job for 39 years as a H R Manager. My husband and Bobby's step father is retired and is a loving husband and father. We are all hard workers. Bobby himself is a role model on his present job and has always set good examples and has taken the lead on his other jobs when he worked for Viacom and PG&E several years ago. He is a hard worker too and is dependable on his job. I do understand that we must reap what we sow but I do believe that Bobby has suffered a lot thinking about and living with this horrible situation for the past two years while trying to manage his responsibilities. He has learned a very difficult lesion, but one that can and will be a stepping stone to climb up and over and will make him an even better and productive person for his family and community.
I sincerely hope the court will see the person that Bobby truly is and will have a measure of mercy on his sentencing and give him the shortest sentence possibly allowed so that he can return to his family and present job and continue to raise the two daughters he has left to raise.
I really appreciate and thank you for taking the time to read this letter. I hope it helps in making your decision.
Pauline Smith
510-541-7475
P O Box 711
Sausalito, CA  94966

May 5, 2017

Mr. David Cohen, Esq

300 Montgomery Street

San Francisco, CA 94104

Dear Mr. Cohen:

My name is Pauline Smith. Your client Bobby Napier is my son. I am writing this letter in his behalf. I realize that Bobby has made a mistake in good judgment otherwise he would not be in the situation he is in. There are many times in life we all at times do things we truly regret and would change if we had the opportunity to do so. Bobby is no different. He was raised with good solid morals and to have a deep respect for people as well as authority. He has often shared with me that the way he was raised have helped him many times to do the right thing. He is a good father to his three children and none of them have been in any trouble with the law. He has a 23 year old son that is working and taking care of himself. He has a 16 year old daughter who is enrolled in a performing arts high school in Texas to developing her art of dance and education. Also, he has a 3 year old daughter he is raising. They all love their father very much and he is very much involved in their lives. Bobby has two brothers and one sister and neither of them have been in trouble with the law. They all were raised the same with high Christian morals and respect for people in general. All three of his siblings are actively working and supporting themselves and their families. I have worked on my present job for 39 years. We are all hard workers. Bobby himself has been a role model on every job he has worked on from the age of 16 years. He is a hard worker and a person who is reliable and dependable on his job. He has never been in trouble with the law that I know of. I do understand that we must reap what we sow but I do believe that Bobby has suffered a lot thinking about and living with this horrible situation for the past two years. He has learned a very difficult lesson, but one that can and will hopefully be a stepping stone to climb up and over and will make him an even better person from now on. I sincerely hope the court will see the person that he truly is and will have a measure of mercy on his sentencing giving him the opportunity to stay close to his family especially his children. I know and believe that he can and will be a productive person in the community.

*Pauline Smith*

Pauline Smith

PO Box 711, Sausalito, CA 94966

Yona Davis

14215 Autumn Ridge Trail Dr.

Houston, Texas 77048


6/12/17


The Honorable Charles R. Breyer

450 Golden Gate Avenue

San Francisco, CA


Dear Judge Breyer,

I am writing on behalf of Bobby Napier Sr. I have known Bobby since 1997. I immediately saw that he was genuinely a nice and caring person. Bobby is a good man with a charismatic personally that allows him to befriend almost anyone. He instantly became a part of my family and is loved by everyone from my Grandparents to the younger children in the family. Throughout our 13-year relationship, Bobby was always a hard worker where he spent many long hours working which sometimes extended overnight and through the weekends. He became a role model for the young men in the family. He showed them the importance of hard work, honesty and respecting others. He's unselfish and most of the time putting others happiness before his own. Bobby has always offered a helping hand to those in need, allowing several family members to live with him until they could maintain a job and get on their feet. Although our relationship ending several years ago, we remain very good friends. I will always be there to offer him love and support and he will always be a part of my family.

Bobby and I share a 16-year-old daughter. He has been an amazing father to her. He is in constant communication with her and makes sure he's an integral part of her life. With the understanding that young girls need to know the love of their father, he makes a point to take her out on Sundays, whether it be to the movies, out to lunch or just a drive for them to talk. Bobby has been there for all her events both at school and extracurricular. Our daughter has taken on the trait from her father of being a hard worker and has been an honor roll student who is also an amazing dancer. She is on a competitive team and her Father never misses a dance recital or competition. He is one of the very few Dads that sit in the audience for sometimes 8-10 hours a day to ensure that he's there to support and cheer her on and is very proud to be called a "Dance Dad". As parents, we understand that our daughter is our top priority and it takes the love and support of both parents to aid in her success. Thus, she is growing to be a wonderful young lady. We have decided not to share the pending case with our daughter as not to disrupt her life. It is unfortunate that there is a high statistic of young girls (and boys) that grow up without their fathers. It is my hope and prayer, that her father will not be removed from her life and she will be able to continue to thrive and prosper with the presence of both of her parents.

In 20 years of knowing Bobby, I stand by my original statement that he is an overall good man.  I will not say that he is perfect, but none of us are.  We all make mistakes and we all learn from them.  Bobby and I have had conversations where he has acknowledged his wrong doing and is very regretful for his actions that has led to him begin here today.  He has never gotten into trouble before and I know that he has learned and grown from this situation.   Bobby is a not a threat to society and no one will benefit from him being sent away.  I'm asking that you please show mercy and leniency with his sentence.  Please allow him to have a 2nd chance and allow my daughter to continue to have her father in her life and not be a statistic.


Thank you,

Yona Davis

March 9, 2017


The Honorable Charles R. Breyer
450 Golden Gate Ave
San Francisco, CA  94102

Dear Judge Breyer:

I am writing this letter of support for Bobby Napier. I am Bobby's uncle and his mother's oldest brother. When Bobby lost his father at an early age, I became more like a father figure to him. Even today we still have a very close relationship. Bobby was raised well. He was taught good values. Raised as a Jehovah's Witness he came from a well-respected family in the community.
He loved sports, but did not play sports in school. However, I spent a lot of time playing basketball, football and baseball with Bobby.
He graduated on time from high school with decent grades and he had no behavioral problems while in school. He decided that he did not want to pursue college and instead opted to get a job. Bobby was familiar with working anyway because his mother would allow him to work summer jobs when he got of age. After high school he landed a job for a small cable company and went on from there to work for PG&E as a lineman. He worked for PG&E for several years. In time Bobby left his job at PG&E and moved to Texas with his family. After he moved to Texas we did not spend as much time together. However, the transition to Houston was difficult. He and his girlfriend separated. That is around the time things took a turn and he started making some bad choices. Excessive drinking was how he chose to deal with his problems.
Today, Bobby is doing better he has his son living in Texas and they are both working but his son has his own apartment. Bobby is also very involved in his two daughters' lives that are living in Texas as well. He has an excellent work recorded and he is highly valued and regarded on his job. His supervisors count on him to monitor the younger and less experience men and women on the job.
Bobby is really a good and decent man that has made some bad decisions. I strongly believe he has thought long and hard about his mistakes. I am confident he won't repeat them in his future. Currently he is on a good path, working and being a loving and active participant in his kids' lives.
My nephew has a loving and supportive family. I will always love and support him in all his positive endeavors. He is now and will be a productive member of society going forward.

I thank you for taking the time to read this letter. If you have any questions you can contact me at 415-299-1726

Sincerely,

*Floyd Jackson*
Floyd Jackson

Wali Muhammad II

General Plant Manager

Phonoscope Cable

281-619-6824

Walimuhammad000@gmail.com

Character Reference for Bobby Napier Sr:


My name is Wali Muhammad II, I am writing this letter of good moral character for Bobby Napier Sr., in the capacity of his Manager. I have known Bobby for 3 years. As his manager I have witnessed firsthand that Bobby has the utmost respect for authority and those around him. He is well liked by his peers and his employer.

He is a very smart and mature man that is respected by all his peers. But is never caught up in any of their drama at work. I believe this is a testament to his intellect, in that he has mastered the art of mixing with all types of people.

Bobby has never been involved in any confrontations at work. Bobby is a hard worker and has trained multiple employees on how to work more efficient. Through this difficult time for Bobby and his case he comes to work and works as if everything is fine. Should Bobby be incarcerated he will still have a place to work once he's released.


I hope this assessment enlightens the judge and helps them make the right decision.


Thanking you,

*Wali Muhammad II* (signature)

Signed

Wali Muhammad II